UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUDITH PADEWSKI, | : | |
| *Plaintiff* | : | |
| | : | CIVIL ACTION NO: 3:19-cv-00929 (RNC) |
| v. | : | |
| | : | |
| HARTFORD HEALTHCARE MEDICAL GROUP, INC. | : | |
| *Defendant* | : | DECEMBER 16, 2019 |
| | : | |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated September 17, 2019, Plaintiff Judith Padewski and Defendant Hartford Healthcare Medical Group ("HHCMG"), through their undersigned counsel, respectfully submit this Joint Status Report.

1. **Status of the Case:** HHCMG answered Plaintiff's Amended Complaint and asserted affirmative defenses on July 29, 2019. (Dkt No. 21.) The parties do not anticipate filing any amended pleadings and do not anticipate any motion practice that will interfere with the parties' compliance with the Scheduling Order. The parties exchanged written discovery requests. Defendant responded to written discovery on October 30, 2019. Plaintiff's written discovery responses are due on December 16, 2019. There have been no depositions taken to-date. HHCMG intends to re-notice Plaintiff's deposition following receipt of her written discovery responses and may notice additional depositions upon review of same. Plaintiff noticed depositions of three defense witnesses for February 2020 and may notice additional depositions. Plaintiff will disclose any experts by May 15, 2020 and HHCMG will disclose any experts by July 15, 2020.

2. **Settlement Conference:** The parties believe that a settlement conference is premature at this stage. If a settlement conference is scheduled, the parties request a settlement

1

conference with a magistrate judge.

        3.      **Trial:**  The parties do not consent to trial by a magistrate judge.

        4.      **Estimated Length of Trial:**  At this time, the parties estimate that trial will take 3-4 days.

        5.      The deadline for requesting a pre-filing conference regarding motions for summary judgment is July 1, 2020.

                PLAINTIFF,
                JUDITH PADEWSKI

        By:    */s/ Cindy M. Cieslak*
                   Michael J. Rose (ct14803)
                   Cindy M. Cieslak (ct29117)
                   Rose Kallor, LLP
                   750 Main Street, Suite 1108-3
                   Hartford, CT  06103
                   Tel: (860) 361-7999
                   Fax: (860) 270-0710
                   mrose@rosekallor.com
                   cciselak@rosekallor.com

                DEFENDANT,
                HARTFORD HEALTHCARE MEDICAL GROUP

        By:    */s/ Sara R. Simeonidis*
                   David R. Jimenez (ct27357)
                   Sara R. Simeonidis (ct25566)
                   Jackson Lewis P.C.
                   90 State House Square, 8th Floor
                   Hartford, CT  06103
                   Tel: (860) 522-0404
                   Fax: (860) 247-1330
                   david.jimenez@jacksonlewis.com
                   sara.simeonidis@jacksonlewis.com

## **CERTIFICATION**

      I certify that a copy of this document was or will immediately be mailed or delivered electronically or non-electronically on December 16, 2019 to all attorneys and self-represented parties of record and to all parties who have not appeared in this matter and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

    David R. Jimenez, Esq.
    Sara R. Simeonidis, Esq.
    Jackson Lewis P.C.
    90 State House Square, 8th Floor
    Hartford, CT 06103

                                          /s/ Cindy M. Cieslak
                                          Cindy M. Cieslak